```
1

2

3

4

5

6
                          UNITED STATES DISTRICT COURT
7                        EASTERN DISTRICT OF WASHINGTON

8   UNITED STATES OF AMERICA,        )    No. CR-10-047-EFS-1
9                                    )
                  Plaintiff,         )    ORDER GRANTING MOTION AND
10                                    )    SETTING CONDITIONS
    v.                               )    OF RELEASE
11                                    )
    JACQUELYN ANN CRAWFORD,           )    ☑ Motion Granted
12                                    )       (Ct. Rec. 55)
                  Defendant.         )
13                                    )
                                     )    ☐ Action Required
14   ─────────────────────────────── )
```

Before the court is Defendant's Motion for Reconsideration of Order of Detention. (Ct. Rec. 55.) The United States has filed a Response (Ct. Rec. 58), indicating it does not oppose the Motion indicating it has no objection to the recommendations contained in the Second Supplemental Pretrial Services Report provided Defendant shall return to custody if she violates release conditions. Accordingly,

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 55)** is **GRANTED.** Defendant shall be released, subject to the following:

### STANDARD CONDITIONS OF RELEASE

(1) Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

(2) Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(4) Defendant shall sign and complete A.O. 199C before being released and shall reside at the addressed furnished.

ORDER SETTING CONDITIONS OF RELEASE   - 1

(5) Defendant shall not possess a firearm, destructive device or other dangerous weapon.

(6) Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

_____

_____

(7) Defendant shall contact defense counsel at least once a week.

(8) Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**BOND**

(9) Defendant shall:

☐ Execute an unsecured appearance bond in the amount of

_____ dollars

($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

☐ Execute an unsecured appearance bond, to be co-signed by

_____, in the amount of

_____ dollars

($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

☐ Execute:   ☐ $_____    corporate surety bond

            ☐ $_____    property bond

            ☐ $_____    cash bond

            ☐ $_____    percentage bond, with
                                 $_____ paid in cash

ORDER SETTING CONDITIONS OF RELEASE  - 2

**ADDITIONAL CONDITIONS OF RELEASE**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the Defendant and the safety of other persons and the community,

   **IT IS FURTHER ORDERED** that the release of the Defendant is subject to the following additional conditions:

☐  (10) The Defendant is placed with:

Name of person or organization

Address

City and State                    Tele. Number

Signature                    Date

who agrees to sign a copy of this Order, **to be kept in Pretrial Services' file**; supervise the Defendant consistent with all the conditions of release; use every effort to assure the appearance of the Defendant at all scheduled court proceedings; and notify the court immediately in the event the Defendant violates any conditions of release or disappears.

☐  (11) Maintain or actively seek lawful employment.

☐  (12) Maintain or commence an education program.

☐  (13) Surrender any passport to Pretrial Services and does not apply for a new passport.

☑  (14) Defendant shall remain in the:

   ☐ Eastern District of Washington or ☑ State of Washington while the case is pending.  On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

ORDER SETTING CONDITIONS OF RELEASE   - 3

1   ☐ Exceptions:

2   _____

3   _____

4   ☐ (15) Avoid all contact, direct or indirect, with any persons who

5   are or who may become a victim or potential witness in the subject

6   investigation or prosecution, including but not limited to:

7   _____

8   _____

9   ☑ (16) Avoid all contact, direct or indirect, with:

10      ☐ Known felons

11      ☑ Co-Defendant(s)

12  ☐ (17) Undergo medical or psychiatric treatment and/or remain in an

13  institution as follows:

14  _____

15  ☑ (18) Refrain from: ☑ any  ☐ excessive use of alcohol

16  ☑ (19) There shall be no alcohol in the home where Defendant

17  resides.

18  ☑ (20) There shall be no firearms in the home where Defendant

19  resides.

20  ☑ (21) Refrain from use or unlawful possession of a narcotic drug

21  or other controlled substances defined in 21 U.S.C. § 802, unless

22  prescribed by a licensed medical practitioner.

23  ☐ (22) Except for employment purposes, Defendant shall not have

24  access to the internet, including cell phones with internet access.

25  ☐ (23) Defendant may not be in the presence of minors, unless a

26  responsible, knowledgeable adult is present at all times.

27              **SUBSTANCE ABUSE EVALUATION AND TREATMENT**

28  If Defendant is required to submit to a substance abuse evaluation,
    inpatient or outpatient treatment, the following shall apply:

ORDER SETTING CONDITIONS OF RELEASE - 4

1  Defendant shall complete treatment indicated by an evaluation or
   recommended by Pretrial Services and shall comply with all rules of
2  a treatment program.  Defendant shall be responsible for the cost of
   testing,  evaluation  and  treatment,  unless  the  United  States
3  Probation Office should determine otherwise.   The United States
   Probation Office shall also determine the time and place of testing
4  and evaluation and the scope of treatment.  If Defendant fails in
   any way to comply or cooperate with the requirements and rules of a
5  treatment program, Pretrial Services shall notify the court and the
   U.S.  Marshal,  who  will  be  directed  to  immediately  arrest  the
6  Defendant.

7  Defendant  shall  participate  in  one  or  more  of  the  following
   treatment programs:

8
9  ☐  (24) **Substance  Abuse  Evaluation:**  Defendant  shall  undergo  a

   substance abuse evaluation:
10
11      ☐ if directed by a U.S. Probation Officer.

12      ☐ as directed by a U.S. Probation Officer.
13
        ☐ Prior to release, Defendant must have an appointment for a
14
        substance  abuse  evaluation,  and  the  appointment  must  be
15
        confirmed to the court by Pretrial Services.  Defendant will
16
        be released:
17
           ☐ one day prior to, or ☐ on the morning of his appointment.
18  ☑  (25) **Inpatient  Treatment:**  Defendant  shall  participate  in  an

    intensive inpatient treatment program.
19
20      ☑ Prior to release, an available bed and date of entry must be

        confirmed by Pretrial Services.
21
22      ☑ Defendant  will  be  released  to  an  agent  of  the  inpatient

        program on *the available bed date*
23
        ☐ Prior to  release from inpatient  treatment,  an  outpatient
24
        treatment  program  must  be  presented  to  the  court.    If
25
        Defendant  does  not  have  a  structured  outpatient  treatment
26
        program in place prior to conclusion of inpatient treatment,
27
        Defendant automatically will go back into the custody of the
28
        U.S. Marshal.

ORDER SETTING CONDITIONS OF RELEASE  - 5

1  □ Following inpatient treatment, Defendant shall participate in
2      an aftercare program.
3  □  (26) **Outpatient Treatment:** Defendant shall participate in
4  intensive outpatient treatment.
5  □ Prior to release, an appointment for Defendant's first
6      counseling session must be made and confirmed by Pretrial
7      Services.  Defendant will be released:
8      □ one day prior to, or  □ on the morning of his appointment
9  □  (27) **Other:** _____
10  _____
11  _____
12  _____
13  ☑  (28) **Prohibited Substance Testing:  If random urinalysis testing
14  is not done through a treatment program, random urinalysis testing
15  shall be conducted through Pretrial Services, and shall not exceed
16  six (6) times per month.**  Defendant shall submit to any method of
17  testing required by the Pretrial Service Office for determining
18  whether the Defendant is using a prohibited substance.  Such methods
19  may be used with random frequency and include urine testing, the
20  wearing of a sweat patch, a remote alcohol testing system, and/or
21  any form of prohibited substance screening or testing.  Defendant
22  shall refrain from obstructing or attempting to obstruct or tamper,
23  in any fashion, with the efficiency and accuracy of prohibited
24  substance testing.  Full mutual releases shall be executed to permit
25  communication between the court, Pretrial Services, and the
26  treatment vendor.  Treatment shall not interfere with Defendant's
27  court appearances.
28              **HOME CONFINEMENT/ELECTRONIC/GPS MONITORING**

1  ☑  (29) Defendant shall participate in one or more of the following
2  home confinement program(s): *during aftercare*

3  ☑ **Electronic Monitoring.**  The Defendant shall participate in a
4  program of electronically monitored home confinement.  The
5  Defendant shall wear, at all times, an electronic monitoring
6  device under the supervision of U.S. Probation.  In the event the
7  Defendant does not respond to electronic monitoring or cannot be
8  found, the U.S. Probation Office shall forthwith notify the
9  United States Marshals' Service, who shall immediately find,
10  arrest and detain the Defendant. The Defendant shall pay all or
11  part of the cost of the program based upon ability to pay as
12  determined by the U.S. Probation Office.

13  ☐ **GPS Monitoring.**  The Defendant shall participate in a program
14  of GPS confinement.  The Defendant shall wear, at all times, a
15  GPS device under the supervision of U.S. Probation.  In the event
16  the Defendant does not respond to GPS monitoring or cannot be
17  found, the U.S. Probation Office shall forthwith notify the
18  United States Marshals' Service, who shall immediately find,
19  arrest and detain the Defendant.  The Defendant shall pay all or
20  part of the cost of the program based up ability to pay as
21  determined by the U.S. Probation Office.

22  ☐ **Curfew.** Defendant shall be restricted to his/her residence:
23      ☐ every day from _____ to _____
24      ☐ as directed by the Pretrial Services Office

25  ☑ **Home detention.** Defendant shall be restricted to his/her
26  residence at all times except for: attorney visits; court
27  appearances; case-related matters; court-ordered obligations; or
28  other activities as pre-approved by the Pretrial Services Office

ORDER SETTING CONDITIONS OF RELEASE  - 7

1    or supervising officer, as well as:

2        ☐ employment  ☐ education  ☑ religious services

3        ☑ medical, substance abuse, or mental health treatment

4    ☐ Maintain residence at a halfway house or community corrections

5    center, as deemed necessary by the Pretrial Services Office or

6    supervising officer.

7    DATED August 6, 2010.

8

9    _____

10         CYNTHIA IMBROGNO
       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING CONDITIONS OF RELEASE  - 8