1

2

3

4

UNITED STATES DISTRICT COURT
5          EASTERN DISTRICT OF WASHINGTON

6  UNITED STATES OF AMERICA,
                                          No. CR-10-0047-EFS-1
7              Plaintiff,
                                          ORDER GRANTING MOTION
8      vs.                                TO MODIFY

9  JACQUELYN A. CRAWFORD,

10             Defendant.

11         Before the court is Defendant's unopposed Motion to Modify Conditions of

12  Release.

13         **IT IS ORDERED,** for good cause shown, the Defendant's unopposed Motion

14  to Modify Condition No. 29 **(Ct. Rec. 97)** to include employment is **GRANTED**,

15  provided Defendant has no access to or involvement in personal identification or

16  financial records of private individuals.

17         DATED November 5, 2010.

18

19         _____S/ CYNTHIA IMBROGNO_____
           UNITED STATES MAGISTRATE JUDGE

20

ORDER - 1